# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| FLINT AVENUE, LLC<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, et al.,<br><br>*Defendants-Appellants*. | No. 25-10349 |

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Sheng Li respectfully requests this Court's leave to withdraw from representing Plaintiff in this appeal because he will be ending his employment with the New Civil Liberties Alliance. John Vecchione of the New Civil Liberties Alliance remains counsel of record for Plaintiff. The parties have conferred, and Defendants do not oppose this motion.

Dated: April 29, 2025

Respectfully submitted,

  */s/ Sheng Li*
Sheng Li
John Vecchione
NEW CIVIL LIBERTIES ALLIANCE
4250 North Fairfax Dr., Suite 300
Arlington, VA  22203
(202) 569-5280
Sheng.Li@ncla.legal
John.Vecchione@ncla.legal

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts exempted under Federal Rule of Appellate Procedure 27(d)(a)(2)(B), it contains 53 words.

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman.

I further certify that this motion has been scanned for viruses and is virus-free.

Dated: April 29, 2025                         */s/ Sheng Li*
                                              Sheng Li

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, an electronic copy of the foregoing motion was filed with the Clerk of Court using the appellate CM/ECF system, and service will be accomplished on all registered counsel by the appellate CM/ECF system.

Dated: April 29, 2025                         */s/ Sheng Li*
                                              Sheng Li